HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDREW HAMPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ANDREW HAMPTON,<br><br>         Defendant. | Case No. 15-cr-064 JAM<br><br>STIPULATION AND ORDER CONTININUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:   July 7, 2015<br>Time:   9:15 a.m.<br>Judge:  John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Andrew Hampton that the status conference hearing date of July 7, 2015 be vacated, and the matter be set for status conference on August 18, 2015 at 9:15 a.m.

The grounds for continuance are on account of new Defense counsel's need to review the discovery produced to date, including 237 pages of discovery as well as video and audio recordings, and new counsel's need to meet and confer with Mr. Hampton.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including August 18, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

| | | |
|---|---|---|
| 1 | DATED: July 6, 2015 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Sean Riordan* |
| | | SEAN RIORDAN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for Andrew Hampton |
| 7 | | |
| | DATED: July 6, 2015 | BENJAMIN B. WAGNER |
| 8 | | United States Attorney |
| 9 | | */s/ Amanda Beck* |
| 10 | | AMANDA BECK |
| | | Assistant U.S. Attorney |
| 11 | | Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 18, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 7, 2015 status conference shall be continued until August 18, 2015, at 9:15 a.m.

Dated:  July 6, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge