HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
HENRY NG
Certified Law Student
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ANDREW HAMPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00064-JAM |
| Plaintiff, | ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| ANDREW HAMPTON, | Judge: Hon. John A. Mendez |
| Defendant. | |

**O R D E R**

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Hampton for the reasons set forth in the Unopposed Motion.

DATED: May 18, 2021        /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE